In the Matter of the Estate of John S. Paluch, Deceased.

Claim of The Queen's Work, a Missouri Corporation Organized Not For Profit.

The Queen's Work, a Missouri Corporation Organized Not For Profit, Appellee, v. Grace Kollmeyer, Genevieve Lynch and J. Norman Goddess, Executors of the Will of John S. Paluch, Deceased, Appellants.

Gen. No. 47,617.

First District, Third Division.

October 14, 1959.

Rehearing denied November 4, 1959.

Released for publication November 12, 1959.

Sidley, Austin, Burgess, and Smith (Alice M. Bright, Richard L. Selle, and John C. Williams, of counsel) for appellants; Rathje, Kulp, Sabel, and Sullivan (Theron L. Rathje and Frank J. Roan, of counsel) for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.